■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v THEODIS HILL, JR., Appellant. [716 NYS2d 541] —Judgment unanimously modified on the law and as modified affirmed in accordance with the following Memorandum: County Court erred in imposing a surcharge of 10% of the amount of restitution ordered rather than the 5% directed by Penal Law § 60.27 (8). The affidavit submitted by the director of the Probation Department fails to demonstrate "that the actual cost of the collection and administration of restitution" (Penal Law § 60.27 [8]) in this case exceeds 5% of the amount of restitution imposed. We therefore modify the judgment accordingly. (Appeal from Judgment of Genesee County Court, Noonan, J.—Assault, 2nd Degree.) Present—Pigott, Jr., P. J., Green, Hayes, Scudder and Kehoe, JJ.